SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947

Of Counsel

CHARLES W. HANOR, P.C. (Tex. No. 08928800)
Attorneys at Law
750 Rittiman Road
San Antonio, Texas 78209
Telephone:   210-558-9500
Facsimile:   210-558-9509

Attorneys for Plaintiff
JARRITOS, INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JARRITOS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>LOS JARRITOS, DOLORES REYES and FRANCISCO REYES d/b/a LOS JARRITOS,<br><br>   Defendants. | Case No. C 05-2380 JSW<br><br>**STIPULATION RESETTING DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>Case Management Conference<br>Date:       September 30, 2005<br>Time:       1:30 p.m.<br>Courtroom:  2, 17th Floor |

Case 3:05-cv-02380-JSW   Document 11   Filed 09/30/05   Page 2 of 3
Case 3:05-cv-02380-JSW   Document 10   Filed 09/29/2005   Page 2 of 3
09/29/2005  15:52  4156279020        RSG ATTORNEY AT LAW        PAGE  03

1  The Court has scheduled a Case Management Conference for Friday,
2  September 30th at 1:30 p.m.
3  Plaintiff, Jarritos, Inc. and defendants Los Jarritos, Dolores Reyes and
4  Francisco Reyes d/b/a Los Jarritos, by their undersigned counsel, hereby stipulate to
5  postpone the initial Case Management Conference, currently set for September 30th
6  to October 7, 2005 at 1:30 pm. Plaintiff's counsel who was supposed to attend the
7  Case Management Conference on behalf of plaintiff is scheduled to be out of town
8  on Friday, September 30th, and with the permission of defendants' counsel, has
9  asked to have the Case Management Conference rescheduled to a later date in
10 approximately one or two weeks, or as the Court's schedule allows. This is a first
11 request for extension of time of this hearing.

13 DATED: September 29, 2005

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
   NEIL A. SMITH

Attorneys for Plaintiff
JARRITOS, INC.

19 DATED: September 29, 2005

LAW OFFICES OF ROY GORDET

By _____
   ROY GORDET

Attorneys for Defendants
LOS JARRITOS, DOLORES REYES and
FRANCISCO REYES d/b/a LOS JARRITOS

-1-

W02-SF:5NAS1\61470376.1                    STIPULATION RESETTING DATE FOR
                                            CASE MANAGEMENT CONFERENCE

1  ~~SO ORDERED:~~

2  ~~Initial Case Management Conference to be held on _____~~
   ~~2005~~. The stipulation is HEREBY DENIED.

3  IT IS SO ORDERED.

4  DATED: September 30, 2005

5  *Jeffrey S White*
   Jeffrey S. White, Judge
   U.S. District Court. – No. Dist Cal.

-2-

W02-SF:5NAS1\61470376.1

STIPULATION RESETTING DATE FOR
CASE MANAGEMENT CONFERENCE