IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRITOS, INC., | |
| Plaintiff, | No. C 05-02380 JSW |
| v. | |
| LOS JARRITOS, et al., | **ORDER TO SHOW CAUSE** |
| Defendants. | |

By Order dated June 16, 2005, this Court set a Case Management Conference for September 30, 2005 at 9:00 a.m. The Order required that all parties appear through lead counsel or counsel sufficiently well versed in the matter to enable counsel to discuss all items referred to in the Order and with authority to enter stipulations, to make admissions, and to agree to further scheduling dates.

At approximately 8:00 p.m. on September 29, 2005, the parties filed a stipulation to continue the Case Management Conference scheduled for the next day. Although the Court had not yet ruled on the parties' stipulation, neither party appeared for the Case Management Conference on September 30, 2005, in violation of Civil L. R. 16-10(c). Accordingly, the Court hereby issues an ORDER TO SHOW CAUSE why monetary sanctions should not be imposed. The parties shall respond in writing by October 5, 2005 as to why such sanctions should not be imposed.

1  Due to the parties' failure to appear, the Court HEREBY CONTINUES the Case
2  Management Conference to October 7, 2005 at 1:30 p.m.
3  **IT IS SO ORDERED.**

5  Dated:   September 30, 2005

                                    _____
                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE