Roy S. Gordet SBN 103916
98 Battery Street, Suite 601
San Francisco, CA 94111
Tel. 415-627-0300
Fax 415-627-9020
roy@gordetlaw.com

Attorney for Defendants Los Jarritos, Dolores Reyes and Francisco Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JARRITOS, INC., | Case No: C 05-2380 JSW |
| Plaintiff, | Stipulation for Referral to ENE and [Proposed] Order Thereon |
| vs. | |
| LOS JARRITOS, DOLORES REYES and FRANCISCO REYES d/b/a LOS JARRITOS | |
| Defendants | |

    Whereas the Court at the Case Management Conference on October 14, 2005 ordered this case to Early Neutral Evaluation;

    Whereas the Minute Order apparently does not have any reference to this aspect of the Court's proceedings;

    Whereas the ADR Department requires a Stipulation and Order from the Court for the ADR Department to assign this matter to ENE;

1  Therefore, the parties, by their undersigned counsel of record, with the consent of the
2  Court, stipulate that the matter should be referred to ENE.

Date: November 9, 2005    By: _____/rsg/_____
                              Roy S. Gordet, Attorney for Defendants
                              Francisco Reyes, Dolores Reyes and Los Jarritos

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

Date: November 9, 2005    By: _____/s/_____
                              Neil A. Smith, Attorney for Plaintiff
                              Jarritos, Inc.

IT IS SO ORDERED.

_____    Date: November 10, 2005
U.S. District Judge

- 2 -    STIPULATION AND ORDER RE ENE
         Case No. C 05 2380 JSW