IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRITOS, INC., | |
| Plaintiff, | No. C 05-02380 JSW |
| v. | |
| LOS JARRITOS, et al., | **ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |
| Defendants. | |

Pursuant to Local Rule 72-1, the letter filed on April 5, 2006 regarding the parties' current discovery disputes and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: April 6, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE