ROY S. GORDET, SBN 103916
98 Battery Street, Suite 601
San Francisco, CA 94111
Telephone (415) 627-0300
Facsimile (415) 627-9020
roy@gordetlaw.com
Attorney for Defendants Los Jarritos,
Dolores Reyes and Francisco Reyes

SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NEIL A. SMITH, SBN 63777
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106
Telephone (415) 434-9100
Facsimile (415) 434-3947

Of Counsel

CHARLES W. HANOR, P.C. (Tex. No. 08928800)
Attorneys at Law
750 Rittiman Road
San Antonio, Texas  78209
Telephone (210) 829-2002
Facsimile (210) 829-2001

Attorneys for Plaintiff
Jarritos, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JARRITOS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>LOS JARRITOS, DOLORES REYES and FRANCISCO REYES d/b/a LOS JARRITOS, <br><br>    Defendants. | Case No. C 05-2380 JSW (EMC) <br><br>**STIPULATION RESETTING DATE FOR DISCOVERY DISPUTES HEARING**; ORDER <br><br>Date:        May 3, 2006 <br>Time:       10:30 a.m. <br>Courtroom:  C, 15th Floor <br>Magistrate Judge:  Hon. Edward M. Chen |

---

W02-SF:5NAS1\61491922.1
Case No. C-05-02380 JSW (EMC)

STIPULATION RESETTING DATE FOR DISCOVERY
DISPUTES HEARING

1     The Court has scheduled a Discovery Dispute hearing for Wednesday, April 19, 2006 at 10:30 a.m.

3     Plaintiff Jarritos, Inc. and defendants Los Jarritos, Dolores Reyes and Francisco Reyes d/b/a Los Jarritos, by their counsel, hereby stipulate to postpone the Discovery Dispute hearing currently set for April 19, 2006 at 10:30 a.m. to Wednesday May 3, 2006 at 10:30 a.m..  Plaintiff Jarritos, Inc.'s counsel, who is supposed to attend the hearing on behalf of Plaintiff is scheduled to be out of town on Wednesday, and with the permission of the counsels of all parties to the matter, has asked to have the Discovery Dispute hearing rescheduled to a later date in approximately one or two weeks, or as the Court's schedule allows, and Defendants' counsel is scheduled to be out of the country next week, and thus the available date of May 3, 2006 is respectfully requested.  This is a first request for extension of time of this hearing.

Dated: April 17, 2006

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ Neil A. Smith
    NEIL A. SMITH

Attorneys for Plaintiff
JARRITOS, INC.

Dated: April 17, 2006

By   /s/ Roy S. Gordet
    ROY S. GORDET

Attorneys for Defendants
LOS JARRITOS, DOLOROES REYES and
FRANCISCO REYES d/b/a LOS JARRITOS

W02-SF:5NAS1\61491922.1
Case No. C-05-02380 JSW (EMC)

- 1 - STIPULATION RESETTING DATE FOR DISCOVERY DISPUTES HEARING

| | | |
|---|---|---|
| 1 | IT IS SO ORDERED. | The hearing on discovery dispute shall be reset for May 3, 2006 at 10:30 a.m. before Magistate Judge Edward M. Chen. |
| 2 | | |
| 3 | DATED: __April 19_____, 2006 | |

_____
EDWARD M. CHEN
Magistrate Judge
United States District Court
Northern District of California

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]