1  ROY S. GORDET, SBN 103916
   98 Battery Street, Suite 601
2  San Francisco, CA 94111
   Telephone (415) 627-0300
3  Facsimile (415) 627-9020
4  roy@gordetlaw.com
   Attorney for Defendants Los Jarritos,
5  Dolores Reyes and Francisco Reyes

6  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
7  Including Professional Corporations
   NEIL A. SMITH, SBN 63777
8  Four Embarcadero Center, 17th Floor
9  San Francisco, CA  94111-4106
   Telephone (415) 434-9100
10 Facsimile (415) 434-3947

11 Of Counsel

12 CHARLES W. HANOR, P.C. (Tex. No. 08928800)
   Attorneys at Law
13 750 Rittiman Road
14 San Antonio, Texas  78209
   Telephone (210) 829-2002
15 Facsimile (210) 829-2001

16 Attorneys for Plaintiff
   Jarritos, Inc.
17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

| | |
|---|---|
| JARRITOS, INC., | Case No. C 05-2380 JSW |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION RE CONTINUING THE DEADLINE FOR AMENDING PLEADINGS TO 90 DAYS FROM THE CASE MANAGEMENT CONFERENCE OF APRIL 14, 2006 |
| v. | |
| LOS JARRITOS, DOLORES REYES and FRANCISCO REYES d/b/a LOS JARRITOS, | |
| Defendants. | |

Case No. C-05-02380 JSW                [PROPOSED] ORDER AND STIPULATION
                                        RESETTING DEADLINE AMENDING PLEADINGS

Following the Case Management Conference of Friday, April 14, 2006, the Court on April 14, 2006 issued a Civil Minute Order with a revised pre-trial and trial schedule pursuant to a joint request of the parties expressed in the Joint Case Management Conference Statement.

In the same most recent Joint Case Management Conference Statement, the parties also requested a 3-month extension of the deadlines set forth in the Court's Civil Minute Order dated January 13, 2006, particularly the deadline that "motions to amend are to be filed within 90 days" of the January 13, 2006 Minute Order. Apparently this point was not addressed by the Court at the Case Management Conference, and the Court's most recent Civil Minute Order dated April 14, 2006 did not refer to this issue.

Accordingly, the parties, by their undersigned counsel of record, respectfully request that the Court extend the deadline for filing any motions to amend to 90 days from the April 14, 2006 Case Management Conference, i.e. to July 14, 2006.

Dated: April 18, 2006

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By    /s/ Neil A. Smith
                  NEIL A. SMITH

        Attorneys for Plaintiff
        JARRITOS, INC.

Dated: April 18, 2006

        By    /s/ Roy S. Gordet
                  ROY S. GORDET

        Attorneys for Defendants
        LOS JARRITOS, DOLOROES REYES and
        FRANCISCO REYES d/b/a LOS JARRITOS

DECLARATION RE: ELECTRONIC SIGNATURE OF PLAINTIFF'S COUNSEL

The undersigned counsel of record filing this document affirms under penalty of perjury that counsel for Plaintiff, Neil A. Smith, has expressly consented to the joint filing of this document and to the use of his electronic signature above.

_____
Roy S. Gordet, Counsel for Defendants

IT IS SO ORDERED.

DATED: ___April 21___, 2006

_____
Jeffrey S. White, United States District Court
Northern District of California

---

Case No. C-05-02380 JSW (EMC)   - 2 -   [PROPOSED] ORDER AND STIPULATION RESETTING DEADLINE AMENDING PLEADINGS