UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRITOS, INC., | No. C05-2380 JSW (EMC) |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT'S EXPEDITED MOTION TO COMPEL** |
| LOS JARRITOS, et al., | **(Docket No. 37)** |
| Defendants. | |
| _____/ | |

The Court has received Defendant's Expedited Motion to Compel Discovery and Communication of Settlement Offers, which the Court construes as a request for shortened time to hear the motion to compel. The Court defers ruling on the request for shortened time and setting a briefing schedule until it hears the parties on the Joint Letter (docket no. 28) on May 3, 2006.

IT IS SO ORDERED.

Dated: April 27, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge