UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRITOS, INC., | No. C-05-2380 JSW (EMC) |
| Plaintiff, | |
| v. | **ORDER RE PRODUCTION OF DOCUMENTS PERTAINING TO CHAIN OF TITLE** |
| LOS JARRITOS, *et al.*, | |
| Defendants. | **(Docket Nos. 28, 46, 49, 54)** |
| _____/ | |

The Court heard argument of counsel on May 31, 2006 regarding the adequacy of Plaintiff's production and certification of completeness. Having heard the argument of counsel and good cause appearing therefor, the Court hereby orders that Plaintiff shall produce all documents responsive to Defendant's Document Request No. 4 modified as follows: Plaintiff shall produce all documents which refer to the assignment or ownership of each of Plaintiff's trademark registrations asserted in its Complaint. Said documents shall be produced to and received by defense counsel no later than the commencement of the settlement conference on June 2, 2006. The documents shall be accompanied by a certification that all documents responsive to this request as modified have been produced.

This order disposes of Docket No. 28 and related Docket Nos. 46, 49, and 54.

IT IS SO ORDERED.

Dated: May 31, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge