IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRITOS, INC., | No. C-05-02380 JSW (EDL) |
| Plaintiff, | **ORDER FOLLOWING SETTLEMENT CONFERENCE** |
| v. | |
| LOS JARRITOS, et al., | |
| Defendant. | |

This Court held a settlement conference on June 2, 2006. The Court issues the following order. Plaintiffs shall submit a letter to inform this Court when the president of Jarritos, Inc. will meet with the defendants at their restaurant. The letter shall be submitted by Friday, June 9, 2006 and may be sent via facsimile to (415) 522-2002. At that time, the Court will set a date for a further settlement conference. Defendants' insurance representative, Bill Schuster, must appear in person at the further settlement conference.

**IT IS SO ORDERED.**

Dated: June 6, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge