UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRITOS, INC., | No. C05-2380 JSW (EMC) |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANTS' REQUEST FOR DISCOVERY SESSION RE PLAINTIFF'S NONCOMPLIANCE WITH DISCOVERY ORDERS** |
| LOS JARRITOS, et al., | **(Docket No. 59)** |
| Defendants. | |
| _____/ | |

Defendants have filed a motion with the Court, asserting that Plaintiff has failed to comply with two Court orders and asking that the Court oversee an in-person meet and confer in the courthouse.

Defendants' request is DENIED. The Court previously instructed the parties that, for any discovery dispute, a joint letter should be filed. The Court therefore orders the parties to appear for an in-person meet and confer at the courthouse on **June 15, 2006, at 9:15 a.m.**, for the purpose of writing a joint letter (addressing the issue raised in Defendants' motion). The parties should bring with them a computer upon which to compose the letter and a disk so that a copy of the letter can be

///

///

///

///

1  provided to the Court. The parties are expected to meet and confer in good faith and for the full day
2  if necessary. A copy of the joint letter should be e-filed the next day.

4       IT IS SO ORDERED.

6  Dated: June 13, 2006

   _____
7  EDWARD M. CHEN
   United States Magistrate Judge