**United States District Court**
For the Northern District of California

1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   JARRITOS, INC.,                              No. C-05-02380 JSW (EDL)

9             Plaintiff,                         **FURTHER ORDER RE SETTLEMENT**
                                                 **CONFERENCE**
10    v.

11   LOS JARRITOS, et al.,

12             Defendant.
    _____/

13

14          After meeting with defendant and her counsel, the Court has concluded that the meeting

15   originally contemplated to be held in June at defendant's restaurant would not be productive. The

16   Court is considering when to hold a further settlement conference.

17   **IT IS SO ORDERED.**

18   Dated: June 19, 2006

19                                              _____
                                                ELIZABETH D. LAPORTE
20                                              United States Magistrate Judge

21

22

23

24

25

26

27

28