United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JARRITOS, INC.,

Plaintiff,

v.

LOS JARRITOS, *et al.*,

Defendants.

___________________________________/

No. C-05-2380 JSW (EMC)

**ORDER RE JOINT LETTER RE DISPUTES CONCERNING PLAINTIFFS'S PRODUCTION OF DOCUMENTS AND DECLARATIONS PURSUANT TO COURT ORDER**

**(Docket No. 61)**

On June 16, 2006, the parties filed a joint letter regarding Plaintiff's production of documents and compliance with prior Court orders. The letter is exceedingly difficult to follow, with the issues poorly structured and the arguments disjointed. Accordingly, the Court hereby orders that the parties file a further brief joint letter, providing the following information:

(1) A list of the document requests for which Defendants contends a declaration is still needed from Plaintiff and description of what kind of declaration is needed.

(2) A list of the document requests that are still in dispute.

(a) For each document request still in dispute, list that request. If a document request has been modified (whether by Defendants *sua sponte* or by agreement of the parties), then only the exact language of the most recent modification should be given.

(b) For each document request still in dispute, a statement by Plaintiff as to what it has produced, what it will produce in the next ten days (from the date of this order), and what it does not intend to produce.

United States District Court
For the Northern District of California

The joint letter shall be filed no later than 4:00 p.m. on June 23, 2006. *The joint letter shall provide only that information requested by the Court above. It shall not contain any argument by either party. A party who violates this order shall be sanctioned.*

IT IS SO ORDERED.

Dated: June 20, 2006

EDWARD M. CHEN
United States Magistrate Judge