ROY S. GORDET, SBN 103916
98 Battery Street, Suite 601
San Francisco, CA 94111
Telephone (415) 627-0300
Facsimile (415) 627-9020
roy@gordetlaw.com
Attorney for Defendants Los Jarritos,
Dolores Reyes and Francisco Reyes

SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NEIL A. SMITH, SBN 63777
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone (415) 434-9100
Facsimile (415) 434-3947

CHARLES W. HANOR, P.C. (Pro Hac Vice)
Attorneys at Law
750 Rittiman Road
San Antonio, Texas 78209
Telephone (210) 829-2002
Facsimile (210) 829-2001

Attorneys for Plaintiff
Jarritos, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JARRITOS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>LOS JARRITOS, DOLORES REYES and FRANCISCO REYES d/b/a LOS JARRITOS,<br><br>        Defendants. | Case No. C 05-2380 JSW<br><br>JOINT MOTION AND STIPULATION AND [PROPOSED] ORDER RE EXTENDING DEADLINES SET IN CASE MANAGEMENT CONFERENCE |

      Whereas the Court set discovery and pre-trial deadlines in an Order dated April 17, 2006 following a Case Management Conference held on April 14, 2006;

      Whereas, pursuant to that Order, fact discovery is set to close on August 24 2006;

Whereas both parties have been doing discovery, but wish to take further depositions before the close of discovery, but scheduling has been difficult, partially due to the summer vacation schedules of deponents, partially due to scheduling difficulties deriving from the fact that Defendants (and Plaintiff to a lesser degree) desire to attempt to consolidate the taking of approximately six depositions in El Paso, Texas;

Whereas there is presently scheduled a further settlement conference before Magistrate Judge Laporte on August 11, 2006;

Accordingly, the parties, by their undersigned counsel, hereby stipulate, and respectfully request, that the Court issue an Order, extend all dates by approximately sixty (60) days as follows:

(1) Jury Trial 1-8-07 at 8:30 a.m. extended until ~~3-05-07~~ February 26, 2007 at 8:30 a.m., or such date and time as may be set by the Court;

(2) Pretrial Conference: 12-11-06 at 2:00 p.m. extended until 02-05-07 at 2:00 p.m.; or such date and time as may be set by the Court;

(3) Last Day to HEAR Dispositive Motions: 10-20-06 at 9:00 a.m. extended until 12-22-06 at 9:00 a.m., or such date and time as may be set by the Court.

(4) Close of Expert Discovery: currently 10-23-06 extended until 12-20-06

(5) Close of Fact Discovery: currently 8-24-06 extended until 10-23-06

Dated: July 31, 2006

                               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                               By     /s/ Neil A. Smith
                                        NEIL A. SMITH

                                        Attorneys for Plaintiff
                                        JARRITOS, INC.

1 | Dated: July 31, 2006

4 | By  /s/ Roy S. Gordet
ROY S. GORDET

Attorneys for Defendants
LOS JARRITOS, DOLOROES REYES and
FRANCISCO REYES d/b/a LOS JARRITOS

IT IS SO ORDERED, AS MODIFIED ABOVE.

Date: August 2, 2006

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
Judge, United States District Court