IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JARRITOS, INC.,

    Plaintiff,

v.

LOS JARRITOS, et al.,

    Defendants.

No. C 05-02380 JSW

**ORDER GRANTING REQUESTS TO EXTEND DISCOVERY DEADLINE**

    Now before the Court is the administrative motion by defendants Los Jarritos, Dolores Reyes dba Los Jarritos ("Reyes"), and Francisco Reyes (collectively, "Defendants") to extend the discovery deadline for certain depositions. In response to Defendants' request, plaintiff Jarritos, Inc. requests the deadline for all discovery be extended to December 17, 2006. The Court HEREBY GRANTS the request to extend the discovery deadline for all discovery until December 17, 2006. This will be the final extension of time for discovery in this matter.

    **IT IS SO ORDERED.**

Dated: October 26, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE