UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRITOS, INC., | No. C-05-2380 JSW (EMC) |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR SHORTENED TIME** |
| LOS JARRITOS, *et al.*, | **(Docket No. 100)** |
| Defendants. | |
| _____/ | |

Plaintiff has filed a motion for additional depositions, which it asks be heard on shortened time. The Court hereby **GRANTS** the request for shortened time. If the motion were not heard on shortened time, then the motion would not be heard until after the discovery cut-off of December 17, 2006. Moreover, Defendants have not demonstrated that they would be prejudiced if the Court were to consider the motion on shortened time, especially as Defendants have already provided a substantive opposition to Plaintiff's motion.

///
///
///
///
///
///
///
///

1  Accordingly, the Court shall hold a conference call on December 5, 2006, at 10:30 a.m. to
2  discuss this discovery dispute with the parties. The Court shall initiate the conference call. The
3  parties should immediately contact Betty Fong, the Courtroom Deputy, at (415) 522-2034 and
4  provide her with the names and telephone numbers of the attorneys who will participate in the
5  conference call.

7  IT IS SO ORDERED.

9  Dated: November 28, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

2