ROY S. GORDET, SBN 103916
98 Battery Street, Suite 601
San Francisco, CA 94111
Telephone (415) 627-0300
Facsimile (415) 627-9020
roy@gordetlaw.com
Attorney for Defendants Los Jarritos, Dolores Reyes and Francisco Reyes

SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NEIL A. SMITH, SBN 63777
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone (415) 434-9100
Facsimile (415) 434-3947

CHARLES W. HANOR, P.C. (Tex. No. 08928800)
Attorneys at Law
750 Rittiman Road
San Antonio, Texas 78209
Telephone (210) 829-2002
Facsimile (210) 829-2001

Attorneys for Plaintiff Jarritos, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JARRITOS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS JARRITOS, DOLORES REYES and FRANCISCO REYES d/b/a LOS JARRITOS,<br><br>　　　　　Defendants. | Case No. C 05-2380 JSW<br><br>JOINT MISCELLANEOUS REQUEST FOR CLARIFICATION |

Plaintiff Jarritos, Inc. and Defendants Los Jarritos, Dolores and Francisco Reyes,

(hereinafter the "Parties") jointly request clarification from the Court concerning the close of

- 1 -

expert discovery, currently set for December 20, 2006; *i.e.* whether it has been extended by two months in conformance with previous rulings of the Court.

In a previous Joint Motion to Extend Deadlines Set in the Case Management Conference, the Court in an Order dated August 3, 2006 extended the close of fact discovery to October 23, 2006 and the close of expert discovery to December 20, 2006. A subsequent Court Order dated September 19, 2006 further extended the close of fact discovery for the purpose of addressing new issues raised by Defendant's Amended Answer by ninety (90) days from the issuance of the Order. A Clerk's Order was also issued on September 19, 2006 extending the deadline to hear Dispositive Motions to February 9, 2007, setting the Pretrial Conference date for May 7, 2007 and setting the Trial Date for June 4, 2007.

Subsequently, in an Order dated October 26, 2006 the Court, in response to Defendants' "Motion for Administrative Relief" and Plaintiff's "Consent Motion" in response thereto, granted "the request to extend the discovery deadline for all discovery until December 17, 2006. This will be the final extension of time for discovery in this matter." The parties seek clarity as to whether this consolidation of the close of fact discovery also affects the close of expert discovery.

The parties previously agreed in a CMC Statement that the close of expert discovery would conclude two months after the close of fact discovery. Therefore, the parties seek clarification as to whether the parties are correct in their belief that by the Court's Order dated October 26, 2006 the close of expert discovery previously set for December 20, 2006 shall be extended to February 16, 2007, sixty (60) days after the close of fact discovery.

Accordingly, the parties, by their undersigned counsel, hereby stipulate, and respectfully request that the Court issue an Order confirming that the deadline for the close of expert

JOINT MISCELLANEOUS
REQUEST FOR CLARAFICATION
Case No. C-05-02380 JSW (EMC)

discovery shall be February 16, 2007. Secondarily, the parties also wish to stipulate, and request that the Court so order, that each party must disclose experts (and provide expert witness reports) or before January 17, 2007.

To summarize, the remaining deadlines and dates in this case, should the Court so order, would be as follows:

| | |
|---|---|
| Close of Expert Discovery: | February 16, 2007 |
| Deadline to Disclose Experts: | January 17, 2007 |
| Last Day to HEAR Dispositive Motions: | February 9, 2007 |
| Pretrial Conference: | May 7, 2007 |
| Trial Date: | June 4, 2007 |

November 20, 2006                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____/s/_____
                    NEIL S. SMITH
                    Attorneys for Plaintiff

November 20, 2006                    LAW OFFICE OF ROY S. GORDET

By: _____/s/_____
                    ROY S. GORDET
                    Attorney for Defendants

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Date: December 6, 2006          _____
                    Judge, United States District Court

JOINT MISCELLANEOUS
REQUEST FOR CLARAFICATION
Case No. C-05-02380 JSW (EMC)