1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:  415-434-9100
   Facsimile:   415-434-3947
5
   CHARLES W. HANOR, P.C. *(Pro Hac Vice)*
6  Attorneys at Law
   750 Rittiman Road
7  San Antonio, Texas 78209
   Telephone:  210-829-2002
8  Facsimile:   210-829-2001

9  Attorneys for Plaintiff
   JARRITOS, INC.
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  JARRITOS, INC., | Case No. C 05-2380 JSW (EMC) |
| 16                Plaintiff, | |
| 17        v. | **[PROPOSED]** ORDER GRANTING ADMINISTRATIVE MOTION FOR ADDITIONAL TIME TO RESPOND TO SUMMARY JUDGMENT MOTION ~~AND MOTION FOR SHORT STAY~~ |
| 18  LOS JARRITOS, DOLORES REYES and FRANCISCO REYES d/b/a LOS | |
| 19  JARRITOS, | |
| 20                Defendants. | Judge Jeffrey S. White |

21

22         This is an action for trademark infringement and unfair competition and

23  trademark dilution pending before this Court. Trial is set for June 2007.

24         Defendants having filed a Motion for Summary Judgment which Defendants

25  assert will dispose of all causes of action in this case, and Plaintiff having requested an

26  extension of time to the next available motion date in order to respond to the Motion for

27  Summary Judgment filed by Defendants, ~~and having requested a stay of this action~~

28

-1-

W02-WEST:5NAS1\400157188.1
Case No. C 05-2380 JSW

[~~PROPOSED~~] ORDER GRANTING ADMIN. MOTION
FOR ADDITIONAL TIME TO RESPOND TO
SUMMARY JUDGMENT MOTION ~~AND MOTION
FOR SHORT STAY~~

1  ~~pending resolution of the summary judgment motion,~~ and the Court having reviewed the

2  pleadings filed by the parties, and good cause having been shown,

3  The Court ~~stays this action, other than the Summary Judgment Motion and~~ HEREBY CONTINUES

4  ~~related activities, pending~~ the hearing on Defendants' Motion for Summary Judgment,

5  ~~which shall be re-scheduled~~ from February 9, 2007 to March ~~14~~ 23, 2007, ~~with a briefing~~ Plaintiff's opposition

6  ~~schedule set according to the re-scheduled Summary Judgment Motion hearing date~~. shall be filed no later than February 21, 2007 and Defendants' reply shall be filed no later than

   February 28, 2007.

7  IT IS SO ORDERED.

8  Dated: January 18, 2007

9  _____
   Jeffrey S. White, Judge
10 United States District Court
   Northern District of California

11

12

...

28

-2-

W02-WEST:5NAS1\400157188.1
Case No. C 05-2380 JSW

[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE
MOTION FOR ADDITIONAL TIME TO RESPOND TO
SUMMARY JUDGMENT MOTION ~~AND MOTION
FOR SHORT STAY~~