United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JARRITOS, INC.,

    Plaintiff,

v.

LOS JARRITOS, et al.,

    Defendants.

_____/

No. C 05-02380 JSW

**JUDGMENT**

On May 2, 2007, this Court entered an Order granting Defendants' motion for summary judgment. It is hereby ORDERED AND ADJUDGED that the clerk is directed to enter judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: May 2, 2007

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE