```
Christine Lebrón-Dykeman, State Bar No. 207070
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Suite 3200
Des Moines, IA 50309-2721
Telephone: (515) 288-3667
Facsimile: (515) 288-1338
Email: mvslit@ipmvs.com
```

*Attorney for Plaintiff*
JARRITOS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JARRITOS, INC.,<br><br>            Plaintiff<br><br>    v.<br><br>LOS JARRITOS, DOLORES REYES, and FRANCISCO REYES d/b/a LOS JARRITOS,<br><br>            Defendants | Case No.   C 05-2380 JSW (EMC)<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL** |

The Substitution of Counsel, substituting Christine Lebrón-Dykeman, of the firm McKee, Voorhees & Sease, P.L.C., as counsel of record for plaintiff in the above-captioned action in place of Neil A. Smith, Brian D. Anderson, and Mauricio A. Flores, all of the firm Sheppard, Mullin, Richter & Hampton LLP; and Charles W. Hanor, P.C. and R. Javier Guerra both of Hanor Law Firm, was submitted before the Court, the Honorable Jeffrey S. White presiding.

Having reviewed the papers and the signed consents of Neil A. Smith, and Charles W. Hanor, the substitution is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: _____June 6_____, 2007

_____
Honorable Jeffrey S. White
United States District Court
Northern District of California

C 05-2380 JSW                                                    [Proposed] Order Granting Substitution of Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007 I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Roy S. Gordet
Lauren E. Powe
98 Battery Street, Suite 601
San Francisco, CA 94111
Tel. 415-627-0300
Fax 415-627-9020

/s/ Christine Lebrón-Dykeman

C 05-2380 JSW [Proposed] Order Granting Substitution of Counsel