IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRITOS, INC., | |
| Plaintiff, | No. C 05-02380 JSW |
| v. | |
| LOS JARRITOS, et al., | **AMENDED JUDGMENT** |
| Defendants. | |

On May 2, 2007, this Court entered an Order granting Defendants' motion for summary judgment. The order granting summary judgment only addressed Plaintiff's claims and did not resolve Defendants' counter-claims for declaratory relief. Pursuant to this Court's Order entered on June 20, 2007 granting Plaintiff's motion to alter or amend judgment, it is hereby ORDERED AND ADJUDGED that the clerk is directed to enter judgment in favor of Defendants and against Plaintiff on Plaintiff's claims only. The Court HEREBY CERTIFIES the judgment against Plaintiff's claims as "final" under Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED.**

Dated: June 20, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE