1  ROBERT J. ROMERO (SBN: 136539)
   CHRISTOPHER J. BORDERS (SBN: 135901)
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Tel.: 415-362-6000
4  Fax: 415-834-9070

5  ROY S. GORDET (SBN: 103916)
   235 Westlake Center, #452
6  Daly City, CA 94015
   Tel.: 650-757-6147

7

   Attorney for Defendants
8  LOS JARRITOS RESTAURANT, DOLORES
   REYES, and FRANCISCO REYES d/b/a LOS JARRITOS
9

10                    UNITED STATES DISTRICT COURT

11                     DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13 JARRITOS, INC.                        ) Case No.:  C 05-02380-JSW CW
14                                       )
            Plaintiff,                   ) JOINT STIPULATION AND
15                                       ) [PROPOSED] ORDER REGARDING
       vs.                               ) CASE MANAGEMENT CONFERENCE
16                                       )
   LOS JARRITOS RESTAURANT, DOLORES      ) Date:      October 30, 2009
17 REYES, and FRANCISCO REYES d/b/a LOS  ) Time:      1:30 p.m.
   JARRITOS                              ) Courtroom: 11
18                                       )
            Defendants.                  )
19 _____)

20      IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties

21 herein as follows:

22      1.    Due to Defendants counsels' schedule conflicts, that the Case Management

23 Conference, scheduled for October 30, 2009 at 1:30 p.m., be re-scheduled for November 13,

24 2009 at 1:30 p.m..

25 / / /

26 / / /

27 / / /

28
                                           1

1  SO STIPULATED.
2
3  DATED: September 28, 2009           HINSHAW & CULBERTSON LLP
4
5
6                                     By: /s/_____
                                        CHRISTOPHER J. BORDERS
7                                       Attorneys for Defendants
                                        LOS JARRITOS RESTAURANT, DOLORES
8                                       REYES, and FRANCISCO REYES d/b/a LOS
                                        JARRITOS
9
10 DATED: September 28, 2009           MCKEE, VOORHEES & SEASE, PLC
11
12                                     By: /s/_____
                                        CHRISTINE LEBRON-DYKEMAN
13                                      Attorneys for Plaintiff, JARRITOS INC.
14
15
16  SO ORDERED.
17  DATED: September 29, 2009          [signature]
                                       THE HONORABLE JEFFREY S. WHITE
18                                     UNITED STATES DISTRICT COURT
19
20
21
22
23
24
25
26
27
28
                                       2
JOINT STIP. AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE
                                                    CASE NO. C 05-2380 JSW
                                                    2987420v1  876812