Christine Lebrón-Dykeman, SBN 207070
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Suite 3200
Des Moines, IA 50309-2721
Telephone: (515) 288-3667
Facsimile: (515) 288-1338
Email: lebron-dykeman@ipmvs.com

*Attorney for Plaintiff*
*JARRITOS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JARRITOS, INC., <br><br> Plaintiff <br><br> v. <br><br> LOS JARRITOS, DOLORES REYES, and FRANCISCO REYES d/b/a LOS JARRITOS, <br><br> Defendants | Case No. C 05-2380 JSW (EMC) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)** |

IT IS HEREBY STIPULATED by and among the parties to this action, through their undersigned attorneys of record, as follows:

1. Plaintiff's trademarks at issue in this matter are valid and enforceable;

2. Defendants will cease use of any Jarritos trademarks;

3. Nothing contained in this Stipulation and Order of Dismissal should be construed as an admission of any liability or of any wrongdoing;

4. All claims and counterclaims in this entire action shall be and are voluntarily dismissed with prejudice;

5. Each party shall bear its own costs and attorneys fees.

SO STIPULATED:

Dated: March 22, 2010     HINSHAW & CULBERTSON LLP


By: /s/Robert J. Romero
   ROBERT J. ROMERO
   CHRISTOPHER J. BORDERS


LAW OFFICE OF ROY S. GORDET


By: /s/Roy S. Gordet
   ROY S. GORDET

Attorneys for Defendants
LOS JARRITOS RESTAURANT, DOLORES REYES, and FRANCISCO REYES d/b/a LOS JARRITOS

Dated: March 22, 2010     MCKEE, VOORHEES & SEASE, PLC


By: /s/Christine Lebrón-Dykeman
   CHRISTINE LEBRÓN-DYKEMAN
   Attorneys for Plaintiff, JARRITOS INC.


SO ORDERED:

Dated: March 23, 2010

*[signature: Jeffrey S. White]*

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

C 05-2380 JSW                                    Joint Stipulation and (Proposed) Order